# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 NOV 29  AM 10: 21

CLERK _____
SO. DIST. OF GA.

RONALD FUTCH, JR.,          )
                           )
     Movant,              )
                           )
v.                         )          Case No. CV605-096
                           )          [Underlying CR603-006]
UNITED STATES OF AMERICA,  )
                           )
     Respondent.          )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 29 day of ___Nov.___, 2006.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA